TRULINCS 83830054 - WHITTED, JAMES - Unit: BRO-H-A

------------------------------------------------------------------------

FROM: 83830054
TO:
SUBJECT: NOTICE OF MOTION PURSUANT 3582
DATE: 03/16/2015 06:11:30 PM

UNITED STATES COURT HOUSE:
SOUTHERN DISTRICT OF NEW YORK
_____x

   UNITED STATES OF AMERICA
NOTICE OF MOTION

                                  DOCKET 07-CIV-2174 -S-1(WWE)
                                PURSUANT TO 3582 "AMENDMENT 782"

     VS.


   JAMES WHITTED,

       Defendant.
_____x
SIR.

      PLEASE TAKE NOTICE, that upon the affirmation of defendant, James Whitted dated March 15th 2015, and papers annexed thereto, the undersigned will move this Court located @ Charles L Brieant, Jr. United States Courthouse 300 Quarropas Street White Plains N.Y. 10601 on the 16th day of April @ 9:30 o'clock in the forenoon of that date or as soon thereafter as counsel may be heard for an order granting the following relief for:

(1) The consideration and reduction of sentence Pursuant to "Amendment 782" effective November 1 2014.

DATED: March 16th 2015

To: Deputy Clerk of the Court
United States Courthouse 300 Quarropas street
White Plains N.Y. 10601

cc Theodor Green counsel on file.

cc U.S. Attorney's's office

                                        Respectfully submitted

                                        James Whitted Pro-se
                                        Reg: 83830-054
                                        MDC Brooklyn
                                        Brooklyn N.Y. 11232