AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:03CR00532-13(LAP) |
| JAMES WHITTED ) | USM No: 83830-054 |
| ) | |
| Date of Original Judgment: 06/07/2005 ) | |
| Date of Previous Amended Judgment: ) | PRO SE |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11-2-15]

Except as otherwise provided, all provisions of the judgment dated  06/07/2005  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/26/15

*Judge's signature* (signed) Loretta A. Preska

Effective Date: _____
*(if different from order date)*

Loretta A. Preska, Chief U.S.D.J.
*Printed name and title*