# UNITED STATES DISTRICT COURT

Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |
| James Whitted | Case No.   03 CR 00532 (KMK)<br>USM No.   83830-054 |
| | Xavier Donaldson, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   1, 2, 3 & 7   of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | On July 25, 2017, the Releasee was arrested by agents from the DEA in New York, NY, in that the supervised releasee committed a federal crime of distribution and possess with intent to distribute controlled substances in violation of 21 USC 841(A)(1) | 7/25/2017 |
| 2 | On July 25, 2017, the Releasee was arrested by agents from the DEA in New York, NY in that the supervised releasee committed a federal crime of conspiracy to distribute and possess with intent to distribute 100 grams or | 7/25/2017 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated condition(s)   4, 5 and 6   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  4466

Defendant's Year of Birth:   1978

City and State of Defendant's Residence:
Undomiciled

March 18, 2019
Date of Imposition of Judgment

Signature of Judge

Hon. Kenneth M. Karas, U.S.D.J.
Name and Title of Judge

6/5/19
Date

DEFENDANT: James Whitted
CASE NUMBER: 03 CR 532

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | of heroin in violation of 21 USC 841(B)(1)(B) | 1/25/17 |
| 3 | On approximately July 1, 2017, the supervised releasee left the judicial district without the permission of the Court or the Probation Officer to wit, the supervised releasee traveled to Las Vegas with his girlfriend Brandy Pitts | |
| 7 | On or before July 6, 2017, the supervised releasee absconded from supervision in that he failed to contact the undersigned officer and did not respond to emails, texts, or telephone calls | 7/6/2017 |

DEFENDANT: James Whitted
CASE NUMBER: 03 CR 532

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

24 months to run concurrent on all 4 counts to the sentence imposed under case no. 17cr419.

12 months to run consecutive on all 4 counts to the sentence imposed under case no. 17cr419.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m.  p.m. on _____ .

    ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    X before 2 p.m. on  May 28, 2019  .

    X as notified by the United States Marshal.

    X as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| | | Judgment—Page 4 of 4 |
|---|---|---|

DEFENDANT: James Whitted
CASE NUMBER: 03 CR 00532

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

Supervised release is terminated.

### MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.