

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 9, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *United States* **v.** *James Whitted*, 03 Cr. 532 (KMK)

Dear Judge Karas:

  Pursuant to the Court's order, dated September 3, 2020, the Government writes respectfully to inform the Court that on September 9, 2020, a copy of the Court's memo endorsement was sent via certified mail to the defendant.

          Respectfully submitted,

          AUDREY STRAUSS
          Acting United States Attorney

    By:   /s/
       Anden Chow
       Assistant United States Attorney
       Tel: (212) 637-2348